```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KATHY KMONICEK,
                        Plaintiff(s)
                                                                    23 civ 5190 (JGK)
        -against-

CHARLOTTE MOSS, LLC,
                        Defendant(s).
-------------------------------------------------------------X
```

## ORDER

The parties shall submit a Rule 26(f) report by **November 8, 2023**,

The conference scheduled for October 25, 2023, at 12:00pm, is canceled.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 18, 2023